Filing # 72214553 E-Filed 05/16/2018 10:59:58 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA

CASE NUMBER: _____

LEANIS GLORIA DIAZ,

    Plaintiff,

vs.

WAL-MART STORES EAST, L.P.,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, LEANIS GLORIA DIAZ, and sues the Defendant, WAL-MART STORES EAST, L.P. (hereinafter "WAL-MART"), and alleges:

1. This is an action for damages that exceeds $15,000.00 exclusive of costs and attorney fees.

2. At all times material hereto, the Defendant, WAL-MART, is a corporation authorized to and doing business in, Lee County, Florida.

3. On or about July 17, 2016, the Plaintiff, LEANIS GLORIA DIAZ, was injured as a result of a slip and fall that occurred at location 1619 Del Prado Blvd., Cape Coral, in Lee County, Florida.

4. At all times material to this case, the Defendant, WAL-MART, owned, leased, or otherwise controlled a business located at 1619 Del Prado Blvd., Cape Coral, Florida.

5. At all times material to this case, the Plaintiff, LEANIS GLORIA DIAZ, was legally upon said premises as a customer and as a member of the general public who was expressly or implicitly invited upon said premises for the benefit of WAL-MART.



EXHIBIT A

6. At said time and place, the Defendant, WAL-MART, by and through its agents, servants and/or employees acting within the scope and course of such agency, service or employment, carelessly and negligently maintained said premises when the Plaintiff, LEANIS GLORIA DIAZ, slipped on a transitory substance allowed to remain on the floor without a caution sign, causing her to fall.

7. The negligent condition was known or had existed for a sufficient length of time so that the Defendant, WAL-MART, should have known of it.

8. The Defendant, WAL-MART, owed the Plaintiff, LEANIS GLORIA DIAZ, a duty to exercise reasonable care to reduce, minimize, or eliminate foreseeable risks before they manifest themselves as dangerous conditions on its premises.

9. The Defendant, WAL-MART, breached its duty of care owed to the Plaintiff, LEANIS GLORIA DIAZ, by:

a) Failing to warn the Plaintiff, LEANIS GLORIA DIAZ, of the dangerous condition associated with the transitory substance;

b) Failing to warn the Plaintiff, LEANIS GLORIA DIAZ, that due to their employees' improper maintenance and inspection of the floor, it would create a hazardous condition associated with a transitory substance;

c) Failing to warn the Plaintiff, LEANIS GLORIA DIAZ, of the hidden or concealed transitory substance in the area where the accident occurred, which was solely created and caused by the Defendant, WAL-MART's, negligence; and

d) Failing to properly provide training to their employees regarding the proper maintenance and inspection of floors, so as to prevent transitory substances from accumulating on the floor causing a danger to invitees such as the Plaintiff, LEANIS

GLORIA DIAZ.

10. The Defendant, WAL-MART, regularly conducted a negligent mode of operation, such that the condition they created and caused, as described above, presented an unreasonable risk of harm to invitees such as the Plaintiff, LEANIS GLORIA DIAZ.

11. As a direct and proximate result of the Defendant, WAL-MART's, negligent acts and/or omissions, the Plaintiff, LEANIS GLORIA DIAZ, suffered bodily injury resulting in pain and suffering, permanent aggravation of a pre-existing condition, disfigurement, disability, mental anguish, loss of the capacity for the enjoyment of life, expenses of hospitalization, and medical and nursing care and treatment. These losses are either permanent or continuing in nature, and the Plaintiff, LEANIS GLORIA DIAZ, will suffer these losses in the future.

WHEREFORE the Plaintiff, LEANIS GLORIA DIAZ, demands judgment against the Defendant, WAL-MART, and trial by jury of all issues so triable as a matter of right, and such further relief as the Court may deem just and proper.

Dated: on this 15TH Day of May, 2017.

Respectfully submitted,

By: /s/ Sarah Fischer, Esq.
Sarah Fischer, Esq. (FBN: 0099753)
Laurence Trias, Esq. (FBN: 42683)
The Pendas Law Firm
4244 Evans Avenue, Suite A
Fort Myers, Florida 33901
Telephone: (239) 334-1010
Facsimile: (239) 689-1548
Attorneys for the Plaintiff